# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE I, INC., <br><br> Plaintiff, <br> v. <br><br> WORLD PACKAGING CORP., <br><br> Defendant. | Case No. 2:13-cv-3639-ODW(FFMx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Based on the parties' stipulation, the deadline to respond to the Complaint was July 15, 2013. (ECF No. 8.) To date, Defendant World Packaging Corp. has not filed an answer or otherwise responded.

Accordingly, Little I, Inc. is hereby **ORDERED TO SHOW CAUSE**, in writing no later than July 26, 2013, why this case should not be dismissed for failure to prosecute. No hearing will be held for this matter. The Court will discharge this order to show cause upon receipt of a request for entry of default from Little I or an answer from World Packaging Corp. In the event both documents are filed before the above date, the earlier-filed document will take precedence. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

July 19, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**