Evan A. Raynes, State Bar No. 164447
Email: eraynes@symbus.com
Phone: 202-258-0652
Fax: 540-518-9037
Symbus Law Group, LLC
1425 K Street, N.W., Suite 350
Washington, D.C. 20005

Counsel for Plaintiff
LITTLE I, INC.

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Little i, Inc.,<br><br>              Plaintiff,<br><br>     v.<br><br>World Packaging Corp.,<br><br>              Defendant. | Civil Action No. CV-13-03639-ODW (FFMx)<br><br>**CONSENT JUDGMENT AND DISMISSAL OF ACTION** |

WHEREAS, Plaintiff filed a Complaint against Defendant on May 21, 2013 alleging patent and trademark infringement;

WHEREAS, the Court extended the time for Defendant to respond to Plaintiff's Complaint until August 23, 2013 (ECF No. 17); and

WHEREAS, the parties have reached a settlement of their dispute and stipulate to the following Consent Judgment and Dismissal of Action;

NOW, THEREFORE, the Court enters the following Consent Judgment and Dismissal of Action:

1. This Court has jurisdiction over this action and the parties to this action, and will have exclusive jurisdiction over any action for breach of this judgment or to enforce this judgment.

2. Defendant is permanently enjoined from the manufacture, importation, distribution, sale, offer for sale, or use of Defendant's Mirrored Tins or Plaintiff's Patent, or tins in the same dimensions as Plaintiff's Mirrored Tins (as those terms are defined in Plaintiff's Complaint), subject to the terms of the parties' settlement agreement.

3. Defendant is permanently enjoined from the use or registration of the term MIRROR MINT TIN, or any trademark substantially similar to Plaintiff's MIRROR MINTS trademark (as those terms are defined in Plaintiff's Complaint).

4. Defendant acknowledges that Plaintiff's Patent and Plaintiff's Registration (as those terms are defined in Plaintiff's Complaint) are valid and enforceable.

5. This judgment is binding upon and inures to the benefit of the Parties and their respective parent, subsidiary, and affiliated companies, and each of their shareholders, members, directors, officers, employees, agents, successors, and assigns.

6. Each party will bear its own costs and expenses in connection with this action.

7. Except as otherwise provided in this judgment, this action is dismissed with prejudice.

**IT IS SO ORDERED.**
August 26, 2013

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**